IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| MICHAEL WATERS, | ) | |
| Plaintiff, | ) | Civil No. 1:10-CV-150BSJ |
| vs. | ) | |
| | ) | **ORDER** |
| BANK OF AMERICA, | ) | |
| Defendant. | ) | |

\*\*\*\*\*\*\*\*\*

On March 11, 2011, the above-captioned matter came before this court for hearing. At that time, the court heard and considered arguments concerning the defendant's motion to dismiss (dkt. no. 4). The court now rules as follows:

**IT IS ORDERED** that defendants' Motion to Dismiss (dkt. no. 4) pursuant to Fed. R. Civ. P. 12(b)(6) & 9(b) is hereby GRANTED; and

**IT IS FURTHER ORDERED** that plaintiff is hereby granted leave to amend his complaint on or before March 31, 2011, and to join as a defendant any additional party who is or may the real party in interest concerning the transaction in question.

DATED this 21st day of March, 2011.

BY THE COURT:

BRUCE S. JENKINS
United States Senior District Judge